◼ MARK PAGE et al., Appellants, v. DONALD L. LALOR et al., Respondents.— Motion by respondents for reargument, denied. On the court's own motion, its decision [24 A D 2d 883] and order both dated November 15, 1965,

are amended by adding to the decretal paragraph pertaining to the order entered October 27, 1964 a provision awarding the $10 costs and disbursements on the appeal to the plaintiff Mark Page. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.